UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MED ASIA SHIPPING LTD.,

        Plaintiff(s),

-against-

COSCO TIANJIN FORWARDING AGENCY
CO., LTD,

        Defendant(s).

1:08-cv-_____

RULE 7.1 STATEMENT

PLEASE TAKE NOTICE that GARTH S. WOLFSON, of the firm of MAHONEY & KEANE, LLP, attorneys of record for Plaintiff, MED ASIA SHIPPING LTD. ("MAS") certifies that there are no publicly held corporate parents, subsidiaries, or affiliates of MAS.

Dated: New York, NY

January __, 2008

Respectfully submitted,

MAHONEY & KEANE, LLP
Attorneys for Plaintiff
MED ASIA SHIPPING LTD.

By: _____
Garth S. Wolfson (GW 7700)
111 Broadway, 10th Floor
New York, NY 10006
(212) 385-1422

- 1 -