Edward A. Keane*
Cornelius A. Mahoney*
Garth S. Wolfson*

Jorge A. Rodriguez*†

Of Counsel
Stephen J. Murray

*Also admitted in NJ
†Also admitted in CT

# MAHONEY & KEANE, LLP

*Attorneys at Law*
*111 Broadway, Tenth Floor*
*New York, New York 10006*
Telephone (212) 385-1422
Facsimile (212) 385-1605
lawoffices@mahoneykeane.com

Connecticut Office

14 Pilgrim Lane
Weston, CT 06883
Tel: (203) 222-1019
Fax (203) 222-0252

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 0 2 2008
```

April 1, 2008

**THIS TRANSMISSION CONISTS OF    ONE    ( 1 ) PAGE**
**VIA FAX (212) 805-6737**

THE HON. GEORGE B. DANIELS
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 630
New York, New York 10007

**SO ORDERED**

The conference is scheduled for
June 12, 2008 at 9:30 a.m.

APR 0 2 2008  *George B. Daniels*
**HON. GEORGE B. DANIELS**

Re: **SDNY Case No.: 08 CV 248 (GBD)**
MED ASIA SHIPPING LTD. v. COSCO TIANJIN FORWARDING AGENCY CO. LTD.
**Our File No.: 12/3517**

Honorable Sir:

We represent the plaintiff in the above-referenced action, wherein a pre-trial conference has been scheduled for April 3, 2008. We write to request an adjournment of 60 days or of such length as the Court may deem appropriate.

This action was brought pursuant to Supplemental Rule B of the Federal Rules of Civil Procedure to secure the results of an arbitration. As of today, none of defendant's property has been attached and no answer has been interposed.

Accordingly, we are not in a position to timely provide a case management plan, nor do we anticipate that one will be necessary given the nature of this case.

We thank the Court for its consideration.

Respectfully submitted,
MAHONEY & KEANE, LLP

By: _____
Jorge A. Rodriguez

TOTAL P.01