Edward A. Keane•
Cornelius A. Mahoney~
Christopher H. Mansuy••
Garth S. Wolfson~

Jorge A. Rodriguez~

Of Counsel:
Stephen J. Murray~

•Also admitted in NJ
~Also admitted in CT
* Also admitted in PA

## MAHONEY & KEANE, LLP

*Attorneys at Law*
*11 Hanover Square, Tenth Floor*
*New York, New York 10005*
*Telephone (212) 385-1422*
*Facsimile (212) 385-1605*
*lawoffices@mahoneykeane.com*

Connecticut Office

14 Pilgrim Lane
Weston, CT 06883
Tel: (203) 222-1019
Fax: (203) 222-0252

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 1 2 2008

June 11, 2008

**SO ORDERED**
The conference is adjourned to
August 7, 2008 at 9:30 a.m.

JUN 1 2 2008

*George B Daniels*
HON. GEORGE B. DANIELS

THIS FACSIMILE TRANSMISSION
CONISTS OF TWO (2) PAGES

THE HON. GEORGE B. DANIELS
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 630
New York, New York 10007
Fax: (212) 805-6737

Re: SDNY Case No.: 08 CV 248 (GBD)
MED ASIA SHIPPING LTD. v.
COSCO TIANJIN FORWARDING
AGENCY CO. LTD.
Our File No.: 12/3517

Honorable Sir:

    We represent the plaintiff in the above-referenced action, wherein a pre-trial conference has been scheduled for tomorrow, June 12, 2008. We write to request an adjournment to August 7, 2008 or such other date as the Court may deem appropriate.

    This action was brought pursuant to Supplemental Rule B of the Federal Rules of Civil Procedure to secure the results of arbitration. As of today, we have only succeeded in attaching $3,488.00 of defendant's property and no answer has yet been interposed.

    Accordingly, we are not in a position to timely provide a case management plan, nor do we anticipate that one will be necessary given the nature of this case.

**MAHONEY and KEANE**

Again, we thank the Court for its consideration.

Respectfully submitted,

MAHONEY & KEANE, LLP

By: _____
Garth S. Wolfson

2